# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**NADIR AL BASHIR,**

   *Plaintiff*,

v.                                          Case No.: 5:20cv330-MW/MJF

**STATE OF FLORIDA, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED** on June 10, 2021.

                                                          **s/Mark E. Walker**
                                                          **Chief United States District Judge**